No. 96–6579. GIBSON v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96–6586. DOOLING v. CIRCUIT COURT OF ILLINOIS, ROCK ISLAND COUNTY. C. A. 7th Cir. Certiorari denied.

No. 96–6587. CSOKA v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–6588. HENTON v. FREDERICK. C. A. 5th Cir. Certiorari denied.

No. 96–6589. TUMLIN v. GOODYEAR TIRE & RUBBER CO. ET AL. Sup. Ct. Va. Certiorari denied.

No. 96–6590. WIGHTMAN v. SUPREME COURT OF TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6591. THOMPSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Sup. Ct. Tex. Certiorari denied.

No. 96–6593. WILLIAMS v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6595. FOSTER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–6597. KIMBLE v. MONTGOMERY COUNTY POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6600. MILLER v. CLINTON, PRESIDENT OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6602. SWOYER v. REED ET AL.; SWOYER v. KERCHER ET AL.; SWOYER v. MERCHANT BANK ET AL.; and SWOYER v. EDGARS ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–6604. CRAWFORD v. BEXAR COUNTY TAX OFFICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6605. JACKSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.